## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 30  
**IP Address:** 173.56.255.69  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5F40D45571CD4B955743ECE255F17FB5EE88E191<br>File Hash: 4C41762E35419387DFD69182EA4C8A0A123459463FCD6DF544B01FA4B4273CBA | 06-12-2023 00:28:12 | Tushy | 07-19-2020 | 08-03-2020 | PA0002259103 |
| 2 | Info Hash: 35EB879DFE350ECE2793C75E3DEE1055BB599622<br>File Hash: 8E2AB9B5F19E8308597B3EB6D9B51881BD95CA8E7862A767CA05AEBAAC7086BA | 06-11-2023 21:22:05 | Tushy | 07-05-2018 | 08-07-2018 | PA0002132399 |
| 3 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 06-10-2023 16:44:34 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 4 | Info Hash: 15C91360B96EC4FC534313AD0435C151DAE55696<br>File Hash: 7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | 04-07-2023 01:15:46 | Tushy | 08-19-2019 | 08-26-2019 | PA0002213301 |
| 5 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 04-07-2023 01:15:37 | Tushy | 04-12-2020 | 04-22-2020 | PA0002237697 |
| 6 | Info Hash: A9D564341DCD19EC9ED06A8943F15BB83DA5EBF9<br>File Hash: 72E9034627B132A5248E62A2BEB312230D3DA72658781F67AD5E7C27F816A1BE | 04-07-2023 01:15:16 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 7 | Info Hash: F62C2A74CD5E3622071519075382940E012291CD<br>File Hash: 5713795177B739CD4BD8CCEE397FC9DC336BE05B82A3D7BEBDA95E5882E9EE6F | 04-07-2023 01:15:11 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 8 | Info Hash: 608585073CBF75089404F0EA7B2B175E95975C22<br>File Hash: 9592CC63893B4E66C8E97B25CB030FD712C703E00E5606687E7D3A43F7D6E1C8 | 04-06-2023 22:03:24 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 9 | Info Hash: FF3DB24B4BF9106F0C64DA69B2FB1BCC13664F02<br>File Hash: 85D7A654BA14CDE7B3F7949EA18B3A4605589209AF3AD7E00214948922460DD6 | 04-06-2023 21:47:20 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 10 | Info Hash: A1FC5DF602CAB2505E98947CD4174EE9943C68C2<br>File Hash: B39B3E3ABAD003714E662A48D73C22363B61D9F912BEC7BD468B9D79C16EBF35 | 04-06-2023 21:44:15 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 11 | Info Hash: 7E55EEE7E3D566F74E389AA6262B0B6F4A551118<br>File Hash: A7F4E0943508A2694A0FE2D61024363964202DBCFFCE54C8D227D584B68FF306 | 04-06-2023 21:42:04 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 175E0D095B52ACC2F7E9868B5120A097C7B8E4DA<br>File Hash: E8052046FFEA1F18BF916315ABD15D08CD6820977511CB37A0D95D05E529186C | 04-06-2023 21:41:44 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 13 | Info Hash: 1126FFDAB039432CE55D786402084CFC474E693A<br>File Hash: 484294E18E4ECD4CFBCF3EB7DC53E14D11C9025DD5368C3AE34798BF6FB40146 | 03-14-2023 05:33:43 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 14 | Info Hash: 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF<br>File Hash: D274816FB3367FFB6892371753BEC9925944B14E4B4BFCBB12086E4619D4C3CE | 03-07-2023 23:12:02 | Vixen | 07-18-2017 | 08-10-2017 | PA0002046875 |
| 15 | Info Hash: D09B0E39B1E94F8F9BEE6A068013473911ADDB60<br>File Hash: EBBBA8280364BC1C55BF5CDC09464CE9FD244DBDF460DB141E967A2AB8E43BAF | 02-21-2023 02:32:14 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 16 | Info Hash: BA3E47DF221C79C803F5F2404D9EE42DCE05F100<br>File Hash: 567FE6B623802D2252046655D0D7433E8C86F3F82AD50AA81D4A0CC854EC762C | 02-21-2023 02:31:50 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 17 | Info Hash: 59B1A42786E8230F66EDCF4D4687672F1A0B1D8F<br>File Hash: F571996C1C93998B3537A983CD60A16558C6B7A8FFFF9B5F1A9E7471C5C0B4BD | 02-21-2023 02:31:48 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 18 | Info Hash: ACAEAB5A100D20A306B5F8BD063D03CFE0865F2F<br>File Hash: FE47DAC4CEFE80E8AEBCCEE88BB1FCD162E4444A536736C3E26270D841B654C3 | 02-21-2023 02:31:47 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 19 | Info Hash: D70B641B33E30BCED7E47CC2E730012E20C36C06<br>File Hash: 5BA409A3CAB83E625CF54404B0792AAE034DCDAE89FF5B310B15797BA71D2631 | 02-21-2023 01:55:25 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 20 | Info Hash: EC06D0BA313E94EEEE860D477D2B9C3C898A6D98<br>File Hash: EE7394822E03FE16815D45B6AC04ACA56D1BAC4DF38976A1CB3ADEF1C5244D22 | 02-21-2023 01:54:38 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 21 | Info Hash: B56C320DF91A81F620DE09BF052BC98867A3D5CC<br>File Hash: E6D293B01CF18FA42CCA055FB29DDA520699650FA64D2AAB6975975B2D3C81C6 | 02-21-2023 01:54:28 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 22 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash: 12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 02-21-2023 01:53:57 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 23 | Info Hash: E6225B4C149FD76C78EBEE0819BBBE85FDD96EC1<br>File Hash: 29F7D614655390CAF7FF8CBB925EC981C6DAD1223FDF5D4823A3D2BD34E785C5 | 02-21-2023 01:53:22 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4DB9AE8D8C7C51D3483FE9E01776FE8F4299873B<br>File Hash: C591E9E4D21902476B545122B38E42AFB863EC33540CE3BF9FBC41BE59E2B061 | 02-21-2023 01:52:25 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 25 | Info Hash: C9424E695466A28C291581C789F844651ADF1521<br>File Hash: D2C602B4A11E162C545084A1EC99CCAA85F902CBB303C537296B269B75EB350C | 02-21-2023 01:52:23 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 26 | Info Hash: 5036A7CFAA59E71074D8758BB7D76C27F540BD05<br>File Hash: A7888149AD0468875E9074442BBD47D96EE2FE267C49E544B9717B6F2091E8ED | 02-21-2023 00:50:49 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 27 | Info Hash: 96C5FAB5B28BFD4CE4F2E8F1374B1E24026A6281<br>File Hash: 9392BF6B090A632B0F57B7C34D9888D977FCC600E85D9489370BE5E19E0BC416 | 02-21-2023 00:49:44 | Tushy | 11-12-2018 | 12-10-2018 | PA0002145826 |
| 28 | Info Hash: C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD<br>File Hash: 9897B73C6064F058F61AD4CB95D34AC3AF62427F8B71D67D465E132304F37681 | 02-21-2023 00:49:42 | Tushy | 08-09-2017 | 08-17-2017 | PA0002077673 |
| 29 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 02-21-2023 00:49:35 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 30 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash: ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 02-21-2023 00:39:46 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |